IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS FARRUGIA,<br><br>    Plaintiff,<br><br>KEVIN P. ROONEY,<br>*Assistant United States Attorney*<br><br>    Defendant.<br>_____ / | 1:11 cv 2046 LJO-BAM<br><br>ORDER TO SUBMIT APPLICATION<br>TO PROCEED IN FORMA PAUPERIS<br>OR PAY FILING FEE WITHIN 45 DAYS |

    Plaintiff is a federal prisoner proceeding pro se in this civil action. Plaintiff has not paid the $350.00 filing fee, or submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

    Accordingly, IT IS HEREBY ORDERED that:

    1.    The Clerk's Office shall send to plaintiff the form for application to proceed in forma pauperis.

    2.    Within forty-five (45) days of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, and a certified copy of his/her prison trust statement for the six month period immediately preceding the filing of the complaint, or in the alternative, pay the $350.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause**.

/////

**Failure to comply with this order will result in this action being dismissed.**

IT IS SO ORDERED.

Dated: **December 19, 2011**          /s/ **Barbara A. McAuliffe**
                                      UNITED STATES MAGISTRATE JUDGE